UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDREW ROTH,**

      **Plaintiff,**

v.                                           Case No.  6:22-cv-505-CEM-DCI

**WASTE PRO USA, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Acceptance of Defendant's Offer of Judgment (Doc. 14), construed as a motion ("Motion"). The United States Magistrate Judge issued a Report and Recommendation (Doc. 18), recommending that the Motion be granted. (*Id.* at 3).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Acceptance of Defendant's Offer of Judgment (Doc. 14), construed as a motion, is **GRANTED**.

   a. Defendant's Offer of Judgment (Doc. 14-1) is **ADOPTED** and made a part of this Order.

   b. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $350.00.

   c. The Clerk is directed to close this case.

   d. **On or before September 9, 2022,** Plaintiff shall file a motion for attorney's fees. [1]

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court retains jurisdiction to determine an award of attorney's fees. *Prime Ins. Syndicate, Inc. v. Soil Tech Distribs.*, 270 F. App'x 962, 965 (11th Cir. 2008) ("[I]t is clear that an award of attorney's fees is a collateral matter over which a court normally retains jurisdiction even after being divested of jurisdiction on the merits." (citation omitted)).